UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UMBERTA DAY

                       Plaintiff,

                   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                      Defendant.
------------------------------------------------------------X

**ORDER**

07 CV 0157 (RJD) (RER)

DEARIE, District Judge.

This matter was referred to Magistrate Judge Ramon Reyes for Report & Recommendation on plaintiff's motion for attorney fees. The Court has reviewed the Report & Recommendation, dated February 19, 2009. No objections have been filed. The Report & Recommendation is therefore adopted in its entirety and plaintiff's counsel is to be awarded fees in the amount of $11,476.87.

SO ORDERED.

Dated: Brooklyn, New York
       July 7, 2009

                                            s/ Judge Raymond J. Dearie

                                            RAYMOND J. DEARIE
                                            United States District Judge